IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICKEY MCWHIRTER,
ADC #84977                                                                                          PLAINTIFF

V.                                         4:11-cv-00887-JMM

ARKANSAS BOARD OF PAROLE, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of December, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE